FILED BY _____ D.C.

AUG 0 4 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___2:22-cr-14044-CANNON/MAYNARD___

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 924(d)(1)**

**UNITED STATES OF AMERICA**

**vs.**

**THADDIUS DESHAWN JOHNSON,**

**Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about April 22, 2022, in Martin County, in the Southern District of Florida, the defendant,

### THADDIUS DESHAWN JOHNSON,

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1).

### FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **THADDIUS DESHAWN JOHNSON**, has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

JUSTIN L. HOOVER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

v.

THADDIUS DESHAWN JOHNSON,

_____/
Defendant.

**CASE NO.:**   2:22-cr-14044-CANNON/MAYNARD

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami    ☐ Key West    ☑ FTP
- ☐ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take   4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    ☑ 0 to 5 days
   - II   ☐ 6 to 10 days
   - III  ☐ 11 to 20 days
   - IV   ☐ 21 to 60 days
   - V    ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                                    Case No.

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                                    Case No.

9. Defendant(s) in federal custody as of

10. Defendant(s) in state custody as of  4/22/2022

11. Rule 20 from the            District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By:  _____
     Justin Hoover
     Assistant United States Attorney
     Court ID No.    A5502493

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   2:22-cr-14044-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

THADDIUS DESHAWN JOHNSON,

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   _____

Justin Hoover
Assistant United States Attorney
Court ID No.   A5502493
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Email: Justin.Hoover@usdoj.gov

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: THADDIUS DESHAWN JOHNSON

**Case No**: _____

Count #: 1

Possession of a Firearm and Ammunition by a Convicted Felon, 18 U.S.C. §922(g)(1)

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 / $100 Special Assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**