**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 22-14044-CR-CANNON**

**UNITED STATES OF AMERICA**,

     Plaintiff,

vs.

**THADDIUS DESHAWN JOHNSON,**

     Defendant.

_____/

**<u>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL</u>**

**THIS CAUSE** comes before the Court on Defendant Thaddius Deshawn Johnson's Unopposed Motion to Continue Trial [ECF No. 17].   The Court has reviewed the Motion and is otherwise fully advised.   Following that review, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Trial [ECF No. 17] is **GRANTED** for the reasons stated in the Motion, including Defendant's acknowledgment that the period resulting from this continuance should be deemed excludable under the Speedy Trial Act.   The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial.   As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, September 27, 2022, to including the date trial commences—is excludable time under the Speedy Trial Act.   *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1.  Calendar call will be held on **Tuesday, November 29, 2022, at 1:45 pm.**   The case is set for **Jury Trial** during the two-week trial period that begins **December 5, 2022**.

CASE NO. 22-14044-CR-CANNON

2.  All pre-trial motions and motions *in limine* must be filed by **October 25, 2022**.   Each

party is limited to filing one motion *in limine*; if there is more than one Defendant,

Defendants shall file a combined motion.

3.  All other instructions set forth in the Court's Order Setting Trial [ECF No. 8] remain

in effect.

4.  The parties are reminded to adhere to the Court's Local Rules in all respects, including

in the preparation of pre-trial motions.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of September

2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record